IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 97-42-CR-MOORE

CURTIS BLOUNT,

          Petitioner,

vs.

UNITED STATES OF AMERICA,

          Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATIONS

THIS CAUSE came before the Court upon Petitioner's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) (DE #144) and Petitioner's Motion to Dismiss Indictment for Double Jeopardy and Constructive Amendment (DE #145).

THESE MATTERS were referred to the Honorable Chris McAliley, United States Magistrate Judge. Magistrate Judge McAliley issued a Report and Recommendation (DE #156), recommending that: (1) Petitioner's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) (DE #144) be denied; and (2) Petitioner's Motion to Dismiss Indictment for Double Jeopardy and Constructive Amendment (DE #145) be denied. No objections were filed.

After a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge McAliley's Report (DE #146) is ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that:

1. Petitioner's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) (DE #144) is DENIED.

    2. Petitioner's Motion to Dismiss Indictment for Double Jeopardy and Constructive Amendment (DE #145) is DENIED.

    This case remains CLOSED. All pending motions not yet ruled upon are DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of December, 2006.

                                    K. MICHAEL MOORE
                                    UNITED STATES DISTRICT JUDGE

cc:    All counsel of record
       U.S. Magistrate Judge Chris McAliley